AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas    ▾

| | | |
|---|---|---|
| Lanishia Montae Moore Munoz | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    4:26-cv-00101-JDK |
| Experian Information Solutions, Inc., et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Experian Information Solutions, Inc.                                                                                            .

Date:      06/16/2026                                         /s/ Jeffrey Olmsted
                                                                           *Attorney's signature*

                                                                   Jeffrey Olmsted 713899MA
                                                                   *Printed name and bar number*
                                                                   Goodwin Procter LLP
                                                                   100 Northern Avenue
                                                                   Boston, MA 02210


                                                                   *Address*

                                                                   JOlmsted@goodwinlaw.com
                                                                   *E-mail address*

                                                                   (617) 570-1614
                                                                   *Telephone number*

                                                                   (617) 523-1231
                                                                   *FAX number*