**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| LANISHIA MUNOZ,<br><br>   *Plaintiff,*<br><br> v.<br><br>I.Q. DATA INTERNATIONAL, INC.;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; EQUIFAX INFORMATION<br>SERVICES, LLC; AND TRANS UNION,<br>LLC;<br><br>   *Defendants.* | Civil Action No. 4:26-cv-00101-JDK |

## <u>MOTION TO WITHDRAW AS COUNSEL</u>

Pursuant to Local Rule CV-11(c), Defendant Experian Information Solutions, Inc. ("Experian") hereby moves for leave to withdraw the appearance of Tanner J. Wadsworth as counsel for Experian in this action and in support states as follows:

1. On February 23, 2026, Tanner J. Wadsworth of the law firm Jones Day appeared as counsel of record for Experian in this matter.

2. On June 16, 2026, Jeffrey Olmsted, of the law firm Goodwin Procter LLP, entered an appearance in this matter.  His contact information is as follows:

   > Jeffrey Olmsted
   > Goodwin Procter, LLP,
   > 100 Northern Avenue
   > Boston, MA 02210
   > (617) 570-1614
   > jolmsted@goodwinlaw.com

3. Goodwin Procter LLP, will represent Experian in this matter going forward.  Accordingly, the withdrawal of Tanner J. Wadsworth will not delay the adjudication of this matter or otherwise prejudice any party.

4.  Experian consents to this request.  All parties have been notified of this request.

For the foregoing reasons, Experian respectfully requests that the Court grant an Order

withdrawing Tanner J. Wadsworth as counsel for Experian in this matter.

June 17, 2026                                          Respectfully submitted,

/s/ *Tanner J. Wadsworth*
Tanner J. Wadsworth,
Texas Bar No. 24115580
JONES DAY
2727 North Harwood Street
Dallas, TX  75201
Telephone:    +1.214.969.4593
Facsimile:    +1.214.969.5100
twadsworth@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on Wednesday, June 17, 2026, I caused the foregoing to be electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Tanner J. Wadsworth*
Tanner J. Wadsworth

*Counsel for Defendant*
*Experian Information Solutions, Inc*

## <u>CERTIFICATE OF CONFERENCE</u>

I hereby certify that on Wednesday, June 17, 2026, I conferred with counsel for Plaintiff, who did not oppose the relief requested herein.

*/s/ Tanner J. Wadsworth*
Tanner J. Wadsworth

*Counsel for Defendant*
*Experian Information Solutions, Inc*