## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| LANISHIA MUNOZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:26-cv-101-JDK |
| | § | |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING MOTION TO WITHDRAW

Before the Court is Defendant Experian Information Solutions, Inc.'s motion to withdraw Tanner J. Wadsworth as counsel for Defendant.  Docket No. 34.  New counsel has already appeared for Defendant.  Docket No. 33.  Having considered the motion, the Court finds it should be **GRANTED**.

Accordingly, it is **ORDERED** that Tanner J. Wadsworth is hereby withdrawn as counsel of record for Defendant in this action.

**So ordered and signed on this**

**Jun 18, 2026**

_____

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE