**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

LANISHIA MONTAE MOORE MUNOZ,

Plaintiff,

v.

I.Q DATA INTERNATIONAL, INC.,
EXPERIAN INFORMATION SOLUTIONS,
INC., EQUIFAX INFORMATION
SERVICES, LLC, and TRANS UNION,
LLC,

Defendants.

Case No. 4:26-cv-00101-JDK

**NOTICE OF PENDING SETTLEMENT AS TO DEFENDANT**
**I.Q DATA INTERNATIONAL, INC.**

Plaintiff, Lanishia Montae Moore Munoz by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant I.Q Data International, Inc., have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Plaintiff respectfully requests sixty (60) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court.

DATED: June 18, 2026.

Respectfully Submitted,

**FCRA Attorneys PLLC**

*/s/ Stephen Jones*
**Stephen Jones**
TX Bar No. 24094760
5301 Alpha Rd., Suite 80 -5
Dallas, Texas 75240
Phone: (214) 945-0000
Email: stephen@fcraattorneys.com
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record in a manner approved by the Federal Rules of Civil Procedure.


/s/*Stephen Jones*
**Stephen Jones**
*Attorney for Plaintiff*