**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| LANISHIA MUNOZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:26-cv-101-JDK |
| | § | |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER STAYING CASE**

Before the Court is Plaintiff's notice of pending settlement with Defendant I.Q. Data International, Inc.  Docket No. 36.  Plaintiff states she has settled with this Defendant, and they are preparing final settlement documents and dismissal papers.

Accordingly, all deadlines in this matter are hereby **STAYED** as to Defendant I.Q. Data International, Inc. until further order of the Court.  The parties are **ORDERED** to submit dismissal papers or a notice explaining why they cannot yet submit dismissal papers by **August 22, 2026**.

So **ORDERED** and **SIGNED** this **22nd** day of  **June, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE