**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRSICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **LANISHIA MONTAE MOORE MUNOZ,** <br><br> **Plaintiff,** <br><br> v. <br><br> **I.Q DATA INTERNATIONAL, INC, EXPERIAN INFORMATION SOLUTIONS, INC, EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION, LLC.,** <br> **Defendants,** | **Civil Action Number: 4:26-cv-00101-JDK** |

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that effective immediately, the address of record for attorney

Stephen Jones and FCRA Attorneys PLLC has changed. All future correspondence, filings, and

service of process in the above-captioned matter should be directed to the new address listed

below.

**Former Address:**
**FCRA ATTORNEYS**
5301 Alpha Rd, Suite 80-5
Dallas, Texas 75240
**New Address (Effective Immediately):**
FCRA ATTORNEYS
7700 Preston Rd, Suite 703
Frisco, Texas 75034
Tel: (214) 945-0000
Fax: (469) 669-0786

Please update your records accordingly and ensure that all future service and correspondence in

this matter is directed at the new address.

Dated: June 29, 2026                                    Respectfully Submitted,

Page **1** of **2**

**FCRA ATTORNEYS**
/s/ *Stephen Jones*
**Stephen Jones**
Tx Bar No. 24094760
 7700 Preston Rd, Suite 703
Frisco, Texas 75034
Tel:    (214) 495-0000
Fax:    (469) 669-0786
Email: stephen@fcraattorneys.com
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2026, a true and correct copy of the foregoing document

has been filed on CM/ECF and which will automatically be served upon all parties of record.

By: /s/ Stephen Jones
Stephen Jones