## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| LANISHIA MONTAE MOORE MUNOZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Case No. 4:26-CV-00101-JDK |
| EXPERIAN INFORMATION SOLOUTIONS, | § | |
| INC., TRANS UNION, LLC, EQUIFAX | § | |
| INFORMATION SERVICES, LLC, IQ DATA | § | |
| INTERNATIONAL, INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Taylor Ribaudo of the law firm of Quilling, Selander, Lownds, Winslett & Moser, P.C. hereby enters his appearance on behalf of Defendant Trans Union LLC, in connection with this lawsuit. The undersigned certifies that he is admitted to practice in this Court.

Respectfully submitted,

/s/ Taylor Ribaudo

Taylor Ribaudo
Texas Bar No. 24152069
taylor.ribaudo@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Pkwy, Ste 440
Plano, Texas 75024
Telephone: (214) 560-5444
Fax: (214) 871-2111
**Counsel for Trans Union LLC**

1

10166260.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 2nd day of July 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Stephen Thomas Jones
Email: stephen@fcraattorneys.com
Jaffer & Associates PLLC, Texas
5301 Alpha Road
Suite 80-5
Dallas, TX 75240
214-945-0000
*Counsel for Plaintiff*

Tanner Wadsworth
Email: twadsworth@jonesday.com
Jones Day, Dallas
2727 N Harwood St.
Dallas, TX 75201
214-969-4593
*And*
Jeffrey Allen Olmsted
Email: jolmsted@goodwinlaw.com
Lauren Andrews Brandt
Email: landrews@goodwinlaw.com
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
617-570-1000
*Counsel for Experian Information Solutions, Inc.*

Dylan Bass
Email: dbass@germer.com
Lee Howard Staley
Email: lstaley@germer.com
Germer PLLC
2929 Allen Parkway
Suite 2900
Houston, TX 77019
713-650-1313
Fax: 713-739-7420
*Counsel for IQ Data International, Inc.*

Liliana V. Sanchez
Email: lvsanchez@seyfarth.com
Seyfarth Shaw LLP
2323 Ross Ave.
Ste 1660
Dallas, TX 75201
469-608-6758
Fax: 713-225-2340
*Counsel for Equifax Information Services, LLC*

/s/ Taylor Ribaudo
**TAYLOR RIBAUDO**

10166260.1

2