# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

LANISHA MONTAE MOORE MUNOZ

        Plaintiff,

v.

IQ DATA INTERNATIONAL, INC.;
EQUIFAX INFORMATION SERVICES
LLC AND TRANS UNION LLC

        Defendants.

Case No. 4:26-CV-00101-JDK

## DEFENDANT TRANS UNION LLC'S
## NOTICE OF SERVICE OF DISCOVERY TO PLAINTIFF

COMES NOW, Defendant Trans Union LLC, by and through its undersigned counsel of record, and pursuant to LR CV-26(c), hereby gives notice to the court that Defendant Trans Union LLC's First Set of Interrogatories, First Requests for Admission, First Requests for Production and Notice of Deposition to Plaintiff were served via Electronic Mail/First Class U.S. Mail to all parties of record on the 2nd day of July 2026.

Respectfully submitted,

*/s/ Taylor Ribaudo*

Taylor Ribaudo
taylor.ribaudo@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.

1

10166507.1

2

5801 Tennyson Pkwy, Suite 440
Plano, Texas 75024
(214) 560-5444
Fax: (214) 871-2111
***Counsel for Trans Union LLC***

2

10166507.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Stephen Thomas Jones
stephen@fcraattorneys.com
Jaffer & Associates PLLC
5301 Alpha Road
Suite 80-5
Dallas, TX 75240
214-945-0000
*Counsel for Plaintiff*

*/s/ Taylor Ribaudo*
**TAYLOR RIBAUDO**

3

10166507.1