**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

|  |  |
|---|---|
| LANISHIA MUNOZ,<br><br>    *Plaintiff,*<br><br>  v.<br><br>I.Q. DATA INTERNATIONAL, INC.;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; EQUIFAX INFORMATION<br>SERVICES, LLC; AND TRANS UNION,<br>LLC;<br><br>    *Defendants*. | Civil Action No. 4:26-cv-00101-JDK |

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**

Plaintiff Lanishia Montae Moore Munoz ("Plaintiff") and Defendants Experian Information Solutions, Inc. ("Experian"), Equifax Information Services, LLC ("Equifax"), and Trans Union, LLC ("Trans Union," collectively with Experian and Equifax, the "Defendants," and collectively with Defendants and Plaintiff, the "Parties") file this Joint Motion for Entry of Protective Order, showing the Court as follows:

1. Pursuant to the Parties' Joint Rule 26(f) and Proposed Scheduling Order report, Dkt. No. 32, the Parties have agreed to a Stipulated Protective Order that is attached as Exhibit 1 to govern the treatment of confidential and proprietary information in this matter. The Stipulated Protective Order has been executed by all counsel of record and approved for entry by the Court.

2. Under Federal Rule of Civil Procedure 26(c)(1), a court may, "for good cause," issue a protective order to "[a] person or any person from whom discovery is sought" to "prevent annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c)(1). In particular, under Federal Rule of Civil Procedure 26(c)(1)(G), a court may protect certain business-

1

related materials, including trade secrets and other commercially sensitive information, from disclosure. Fed. R. Civ. P. 26(c)(1)(G).

3.      The Parties show good cause for the entry of a protective order in this matter. Plaintiff sued Defendants for claims involving matters of a confidential, sensitive, or private nature, including claims for actual, statutory, and punitive damages arising under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA"), based on Defendants' alleged inaccurate credit reporting and failure to conduct reasonable reinvestigations following Plaintiff's disputes. *See* Complaint, Dkt. No. 1. The Parties are engaged in discovery in this matter. The Parties' responses to discovery will necessarily involve the disclosure and production of confidential and sensitive information, including Plaintiff's consumer credit files, personal financial records, identity verification documents, internal credit reporting and reinvestigation procedures, proprietary compliance policies, and other non-public personal and business information maintained by the Parties.

4.      Based on the sensitive consumer and confidential business information at issue, the Parties negotiated terms for a Stipulated Protective Order in the form attached as Exhibit 1. Therefore, good cause exists for entry of a protective order and the Parties request same. For these reasons, the Parties ask the Court to execute and enter the attached Stipulated Protective Order

Date: July 9, 2026

Respectfully submitted,

/s/ Stephen Jones
Stephen Jones
State Bar No. 24094760
FCRA Attorneys, PLLC
5301 Alpha Road, Suite 80 - 5
Dallas, TX  75240
Phone: (214) 495-0000
Fax: (469) 669-0786
Email: stephen@fcraattorneys.com

/s/ Lauren Andrews Brandt
Lauren Andrews Brandt (*pro hac vice*)
Email: landrewsbrandt@goodwinlaw.com
Jeffrey Olmstead
Email: jolmstead@goodwinlaw.com
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210

*Counsel for Defendant*

2

*Counsel for Plaintiff*                    *Experian Information Solutions, Inc.*


/s/ Taylor M. Ribaudo
Taylor M. Ribaudo
State Bar No. 24152069
Email: Taylor Ribaudo
taylor.ribaudo@qslwm.com
Texas Bar No. 24094204
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
Telephone: (214) 560-5444
Fax: (214) 871-2111

*Counsel for Defendant*
*Trans Union LLC*

/s/ Liliana V. Sanchez
Liliana V. Sanchez
State Bar No. 24104362
SEYFARTH SHAW LLP
2323 Ross Avenue, Suite 1660
Dallas, TX 75201
Tel: (469) 608-6758
Email: lvsanchez@seyfarth.com

*Counsel for Defendant*
*Equifax Information Services, LLC*


## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2026, I electronically filed the foregoing with the Clerk of

the Court using the ECF system, which will send notice of such filing to all attorneys of record in

this matter.

/s/ Lauren Andrews Brandt
Lauren Andrews Brandt

3